**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN WITT | : | |
|     Plaintiff | : | |
| v | : | Civil Action No. RWT-05-155 |
| WARDEN | : | |
|     Defendant | : | |

. . . .o0o. . . .

**MEMORANDUM OPINION**

On May 20, 2005, this court issued two orders requiring Plaintiff to supplement his Complaint and to either file a Motion to Proceed in Forma Pauperis or pay the $250.00 filing fee. Papers No. 2 and 7. Plaintiff was forewarned that failure to file a supplement within 20 days of the date of the Order would result in the dismissal of his Complaint without prejudice. Having failed to amend the pleadings as directed by this Court, the Complaint shall be dismissed without prejudice.

Plaintiff has filed a Motion for Copy Work at the Government's Expense, requesting copies of the exhibits filed by Defendant with the Response to Show Cause Order. Paper No. 8. Plaintiff's stated reason for his request is that his documents were confiscated during an institutional cell search during February. Paper No. 8. Copies of court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need for the documents. Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972). Plaintiff's request for injunctive relief has been denied and he provides no explanation regarding why the requested documents are needed other than his indigency. Accordingly, the Motion for Copy Work will be denied.

June 28, 2005                          /s/
Date                                   Roger W. Titus
                                        United States District Judge